```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luigi Girotto,

                      Plaintiff,

      -against-

Brentano's Inc. et al.,

                      Defendants.

1:20-cv-06031 (AJN) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 32.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

      The parties are directed to appear for a telephone conference on Friday, February 5, 2021, at 11:00 a.m. EST to discuss the status of this action and Defendants' January 26, 2021 Letter Motion (ECF No. 30.). At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
                January 29, 2021

                                                      _____
                                                        STEWART D. AARON
                                                        United States Magistrate Judge