```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luigi Girotto,

                Plaintiff,

-against-

Brentano's Inc. et al.,

                Defendants.

1:20-cv-06031 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. Defendants Brentano's Inc. and Lafayette Studios Corp. shall serve interrogatories and document requests no later than February 12, 2021.

2. Defendant Lafayette Studios Corp. shall respond to Plaintiff's written discovery no later than February 19, 2021.

3. Defendant Brentano's Inc. shall respond to Plaintiff's written discovery no later than March 8, 2021.

4. The deadline for the completion of all discovery, including expert discovery, is extended until June 7, 2021. Extensions shall be granted for good cause shown, especially with respect to the new defendants named in the Amended Complaint who have not yet appeared.

2

5. This Order supersedes the Case Management Plan set forth at ECF No. 19.

**SO ORDERED.**

DATED:    New York, New York
          February 5, 2021

*[signature: Stewart D. Aaron]*
_____
STEWART D. AARON
United States Magistrate Judge