USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Luigi Girotto,

                Plaintiff,                20-cv-6031 (AJN)

      -v-                                ORDER

Brentano's Inc., *et al.*,

                Defendants.

------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

    In light of Judge Aaron's recent order extending the discovery schedule, Dkt. No. 36, the post-discovery conference in this matter previously scheduled for April 9, 2021 is hereby ADJOURNED to June 11, 2021 at 3:00 p.m.

SO ORDERED.

Dated: February 9, 2021
       New York, New York

                                                       ALISON J. NATHAN
                                              United States District Judge